UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS - EASTERN DIVISION
219 S. DEARBORN ST., CHICAGO, IL 60604

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 PROCEEDING |
| | ) | |
| ANTHONY PULLOS | ) | CASE NO. 08 B 23423 |
| DEBTOR(S) | ) | |
| | ) | JUDGE JACK B. SCHMETTERER |

**NOTICE OF TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS
FOR COMPENSATION, AND HEARING ON THE ABANDONMENT
OF PROPERTY BY THE TRUSTEE**

To the Debtor(s), Creditors and other Parties in Interest:

1.   NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation.  A hearing will be held

At: U. S. Bankruptcy Court, 219 S. Dearborn, Courtroom 682, Chicago, Illinois 60604

On: **April 16, 2009**                    Time: **10:00 a.m.**

2.   The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court.  ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3.   The Trustee's Final Report shows total:

| | |
|---|---|
| Receipts | $24,007.47 |
| Disbursements | $          0 |
| Net Cash Available for Distribution | $24,007.47 |

4.   Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| Allan J. DeMars, trustee | $          0 | $3,150.75 | $   8.46 |
| Allan J. DeMars, atty for trustee | $          0 | $1,126.25 | |

5.   Applications for Chapter 11 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| | $ | $ | $ |

NONE

6.   In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0               must be paid in full for there to be any dividend to general unsecured creditors.  The priority dividend is anticipated to be           %.

Allowed priority claims are: NONE

7.     Claims of general unsecured creditors totaling $140,919.80 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 13.9952%.

Allowed general unsecured claims are as follows:

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| 1 | Capital One Bank (USA)NA | $16,373.90 | $ 2,291.56 |
| 2 | PYOD LLC successor to Citibank | 7,254.52 | 1,015.28 |
| 3 | PYOD LLC successor to Citibank | 33,854.03 | 4,737.94 |
| 4 | PYOD LLC successor to Citibank | 5,637.28 | 788.95 |
| 5 | Real Time Resolutions, Inc. | 65,680.59 | 9,192.13 |
| 6 | Discover Bank | 12,119.48 | 1,696.15 |
| | | $140,919.80 | $19,722.01 |

8.     Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9.     The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 So. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee applications(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10.    Debtor has been discharged.

11.    The Trustee proposes to abandon the following property at the hearing either because there is no equity in said property or said property has been claimed as exempt: residence: $180,000.00; 4 parcels (condos) located in Naples, Florida, all listed in trustee's final report on Exhibit "B", each having a value of $200,000.00 with no equity in any of the parcels; savings account: $500.00; household goods: $2,500.00; books, pictures: $250.00; clothing: $500.00; jewelry: $750.00; sports equipment $200.00; pension: $80,000.00; IRA: $3,292.88; interest in Amerivest, Inc.: $100.00; 2006 Jeep Wrangler: $15,000.00; 2004 Ford Expedition: $15,000.00; computer/printer: $750.00.

Dated:  **March 4, 2009**                      For the Court,

By: **KENNETH S. GARDNER**
Kenneth S. Gardner
Clerk of the U.S. Bankruptcy Court
219 So. Dearborn Street; 7th Floor
Chicago, IL 60604

Trustee:    Allan J. DeMars
Address:  100 W. Monroe - Suite 910
           Chicago, IL 60603
Phone No.: (312) 726-3377