UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS - EASTERN DIVISION
219 S. DEARBORN ST., CHICAGO, IL 60604

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 PROCEEDING |
| | ) | |
| ANTHONY PULLOS | ) | CASE NO. 08 B 23423 |
| DEBTOR(S) | ) | |
| | ) | JUDGE JACK B. SCHMETTERER |

**NOTICE OF TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS
FOR COMPENSATION, AND HEARING ON THE ABANDONMENT
OF PROPERTY BY THE TRUSTEE**

To the Debtor(s), Creditors and other Parties in Interest:

1.  NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

    At: U. S. Bankruptcy Court, 219 S. Dearborn, Courtroom 682, Chicago, Illinois 60604

    On: **April 16, 2009**          Time: **10:00 a.m.**

2.  The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3.  The Trustee's Final Report shows total:

    | | |
    |---|---|
    | Receipts | $24,007.47 |
    | Disbursements | $         0 |
    | Net Cash Available for Distribution | $24,007.47 |

4.  Applications for Chapter 7 fees and administrative expenses have been filed as follows:

    | Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
    |---|---|---|---|
    | Allan J. DeMars, trustee | $     0 | $3,150.75 | $   8.46 |
    | Allan J. DeMars, atty for trustee | $     0 | $1,126.25 | |

5.  Applications for Chapter 11 fees and administrative expenses have been filed as follows:

    | Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
    |---|---|---|---|
    | | $ | $ | $ |

    NONE

6.  In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0            must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be            %.

    Allowed priority claims are: NONE

7. Claims of general unsecured creditors totaling $140,919.80 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 13.9952%.

Allowed general unsecured claims are as follows:

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| 1 | Capital One Bank (USA)NA | $16,373.90 | $ 2,291.56 |
| 2 | PYOD LLC successor to Citibank | 7,254.52 | 1,015.28 |
| 3 | PYOD LLC successor to Citibank | 33,854.03 | 4,737.94 |
| 4 | PYOD LLC successor to Citibank | 5,637.28 | 788.95 |
| 5 | Real Time Resolutions, Inc. | 65,680.59 | 9,192.13 |
| 6 | Discover Bank | 12,119.48 | 1,696.15 |
|   |   | $140,919.80 | $19,722.01 |

8. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 So. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee applications(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. Debtor has been discharged.

11. The Trustee proposes to abandon the following property at the hearing either because there is no equity in said property or said property has been claimed as exempt: residence: $180,000.00; 4 parcels (condos) located in Naples, Florida, all listed in trustee's final report on Exhibit "B", each having a value of $200,000.00 with no equity in any of the parcels; savings account: $500.00; household goods: $2,500.00; books, pictures: $250.00; clothing: $500.00; jewelry: $750.00; sports equipment $200.00; pension: $80,000.00; IRA: $3,292.88; interest in Amerivest, Inc.: $100.00; 2006 Jeep Wrangler: $15,000.00; 2004 Ford Expedition: $15,000.00; computer/printer: $750.00.

Dated: **March 4, 2009**                                                                                   For the Court,

By: **KENNETH S. GARDNER**
Kenneth S. Gardner
Clerk of the U.S. Bankruptcy Court
219 So. Dearborn Street; 7th Floor
Chicago, IL 60604

Trustee:   Allan J. DeMars
Address:   100 W. Monroe - Suite 910
           Chicago, IL 60603
Phone No.: (312) 726-3377

# CERTIFICATE OF NOTICE

```
District/off: 0752-1            User: amcc7                   Page 1 of 1                   Date Rcvd: Mar 04, 2009
Case: 08-23423                  Form ID: pdf002               Total Served: 27

The following entities were served by first class mail on Mar 06, 2009.
db          +Anthony Pullos,    225 Deerpath Unit D-1,    Schaumburg, IL 60193-2066
12579022    +Allied Interstate,    o/b/o Capital One,    3000 Corporate Exchange Drive, Ste 600,
              Columbus, OH 43231-7690
12579023    +Aurora Loan Services,    10350 Park Meadows Drive,    Littleton, Co 80124-6800
12579026    +Bank of America,    PO Box 15726,    Wilmington< DE 19886-5726
12579027     Best Buy,    PO Box 17298,    Wilmington, DE 19850-7298
12579029    +Blatt, Hasenmiller, Leisbker & Moore,    o/b/o Citibank,    125 S. Wacker Drive, Ste 400,
              Chicago, IL 60606-4440
12579030    +Bob Taylor Jeep,    PO Box 11899 W. Airport Road,    Naples, FL 34101-1899
12579031     Bose Retail Services,    PO Box 17602,    Baltimore, MD 21297-1602
12579032    +Capital One,    PO Box 5294,    Carol Stream, Il 60197-5294
12600117    +Capital One Bank (USA), N.A.,    C/O Tsys Debt mgmt.,    PO Box 5155,    Norcross, Ga 30091-5155
12579034     Citi,    PO Box 688909,    Des Moines, IA 50368-8909
12579036     Citi,    PO Box 688917,    Des Moines, IA 50368-8917
12579037     Countrywide,    PO Box 650070,    Dallas, TX 75265-0070
12579045    +E-Loan, Inc.,    6230 Stoneridge Mall Road,    Pleasanton, CA 94588-3284
12579046     First Midwest Bank,    Loan Processing Center,    PO Box 125,    Bedford Park, IL 60499-0125
12579047     GMAC,    PO Box 380902,    Bloomington, MN 55438-0902
12579050     Home Depot,    PO BOX 589100,    Des Moines, IA 50368-9100
12579051    +Jacqueline Ouellette & Kelly Brown,    1200 Reserve Way #304,    Naples, FL 34105-3820
12579052     Julio Gallego,    1`225 Reserve Waqy #104,    Naqples, FL
12579053    +Linda Young,    1180 Reserve Way #206,    Naples, FL 34105-3821
12755137     PYOD LLC its successors and assigns as assignee of,    Citibank,    Resurgent Capital Services,
              PO Box 10587,    Greenville, SC 29603-0587
12812549    ++REAL TIME RESOLUTIONS INC,    PO BOX 36655,    DALLAS TX 75235-1655
             (address filed with court: Real Time Resolutions Inc,    Servicing Agent for GMAC,
              1750 Regal Row Suite 120,    Dallas TX 75235)
12579054     Scanlon Lexus of Fort Myers,    270 S. Tamiami Trail,    Ft. Myers, FL 33912
12579055     Sears Credit Card,    PO Box 183082,    Columbus, OH 43218-3082
12579056     Wachovia World Savings,    PO Box 60505,    City of Industry, CA 91716-0505
The following entities were served by electronic transmission on Mar 05, 2009.
12579042     E-mail/PDF: mrdiscen@discoverfinancial.com Mar 05 2009 07:47:51     Discover,    PO Box 30943,
              Salt Lake City, UT 84130
12814855     E-mail/PDF: mrdiscen@discoverfinancial.com Mar 05 2009 07:47:51
              Discover Bank/DFS Services LLC,    PO Box 3025,    New Albany OH 43054-3025
                                                                                              TOTAL: 2

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 06, 2009**                         **Signature:**   *Joseph Speetjens*