## UNITED STATES BANKRUPTCY COURT
### NORTHERN      DISTRICT OF ILLINOIS

In re:  ANTHONY PULLOS                      §      Case No.    08 B-23423
                                            §
                                            §
                                            §
                Debtor(s)                   §

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

ALLAN J. DeMARS                            , chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | |
|---|---|---|
| Assets Abandoned: $995,800.00 | Assets Exempt: | $103,542.88 |
| Total Distributions to Claimants: $19,724.30 | Claims Discharged Without Payment: | $192,625.13 |
| Total Expenses of Administration: $4,285.46 | | |

3) Total gross receipts of _____ $24,009.76 (see **Exhibit 1**) , minus funds paid to the debtor and third parties of _____ $0.00 (see **Exhibit 2**), yielded net receipts of _____ $24,009.76 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (4/1/2009)

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $1,903,672.74 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $4,285.46 | $4,285.46 | $4,285.46 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $161,657.02 | $140,919.80 | $140,919.80 | $19,724.30 |
| **TOTAL DISBURSEMENTS** | $2,065,329.76 | $145,205.26 | $145,205.26 | $24,009.76 |

4) This case was originally filed under chapter ___7__ on _09/04/2008_ [ *if applicable,* and it was converted to chapter 7 on _____ ]. The case was pending for ____8___ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8** . The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9** .

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _05/21/2009_____   By: _/s/ ALLAN J. DeMARS_____
                                        Trustee

**STATEMENT** : This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-TDR (4/1/2009)

# EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT RECEIVED |
|---|---|---|
| checking account | 1129-000 | $24,003.97 |
| interest on invested funds | 1270-000 | $5.79 |
| **TOTAL GROSS RECEIPTS** | | $24,009.76 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | | | $0.00 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | $0.00 |

### EXHIBIT 3 - SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Aurora Loan Services | 4210-000 | $197,946.00 | $0.00 | $0.00 | $0.00 |
| Aurora Loan Services | 4210-000 | $195,552.94 | $0.00 | $0.00 | $0.00 |
| Aurora Loan Services | 4210-000 | $205,000.00 | $0.00 | $0.00 | $0.00 |
| Bob Taylor Jeep | 4210-000 | $25,382.75 | $0.00 | $0.00 | $0.00 |
| Countrywide | 4210-000 | $235,954.00 | $0.00 | $0.00 | $0.00 |
| Countrywide | 4210-000 | $4,967.00 | $0.00 | $0.00 | $0.00 |
| Countrywide | 4210-000 | $231,780.00 | $0.00 | $0.00 | $0.00 |

UST Form 101-7-TDR (4/1/2009)

| | | | | | |
|---|---|---|---|---|---|
| Countrywide | 4210-000 | $4,866.00 | $0.00 | $0.00 | $0.00 |
| Countrywide | 4210-000 | $416,000.00 | $0.00 | $0.00 | $0.00 |
| E-Loan | 4210-000 | $32,714.25 | $0.00 | $0.00 | $0.00 |
| First Midwest Bank | 4210-000 | $14,163.00 | $0.00 | $0.00 | $0.00 |
| GMAC | 4210-000 | $59,520.00 | $0.00 | $0.00 | $0.00 |
| GMAC | 4210-000 | $55,706.00 | $0.00 | $0.00 | $0.00 |
| GMAC | 4210-000 | $60,710.22 | $0.00 | $0.00 | $0.00 |
| Wachovia World Savings | 4210-000 | $163,410.58 | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | $1,903,672.74 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Allan J. DeMars | 2100-000 | N/A | $3,150.75 | $3,150.75 | $3,150.75 |
| Allan J. DeMars | 2200-000 | N/A | $8.46 | $8.46 | $8.46 |
| Allan J. DeMars | 3110-000 | N/A | $1,126.25 | $1,126.25 | $1,126.25 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $4,285.46 | $4,285.46 | $4,285.46 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| | | N/A | $0.00 | | $0.00 |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | | $0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| | | | $0.00 | | $0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | | $0.00 |

UST Form 101-7-TDR (4/1/2009)

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Bank of America | 7100-900 | $12,736.00 | | | |
| Best Buy | 7100-900 | $3,859.91 | | | |
| Best Buy | 7100-900 | $1,731.37 | | | |
| Bose Retail Services | 7100-900 | $1,034.03 | | | |
| Capital One Bank (USA) NA | 7100-900 | $15,853.00 | $16,373.90 | $16,373.90 | $2,291.83 |
| Capital One | 7100-900 | $14,105.06 | | | |
| PYOD LLC successor to Citibank | 7100-900 | $32,257.58 | $33,854.03 | $33,854.03 | $4,738.49 |
| PYOD LLC successor to Citibank | 7100-900 | $30,811.49 | $5,637.28 | $5,637.28 | $789.04 |
| PYOD LLC successor to Citibank | 7100-900 | $14,790.14 | $7,254.52 | $7,254.52 | $1,015.40 |
| Discover Bank | 7100-900 | $16,239.48 | $12,119.48 | $12,119.48 | $1,696.34 |
| Discover Bank | 7100-900 | $8,049.71 | | | |
| Home Depot | 7100-900 | $4,485.15 | | | |
| Sears | 7100-900 | $5,704.10 | | | |
| Real Time Solutions as servicing agent for GMAC | 7100-000 | $0.00 | $65,680.59 | $65,680.59 | $9,193.20 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | $161,657.02 | $140,919.80 | $140,919.80 | $19,724.30 |

## EXHIBIT 8 – FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Case No. 08-23423

Case Name: ANTHONY PULLOS

For Period Ending: 12/31/09

Trustee Name: Allan J. DeMars

Date Filed (f) or Converted (c): 9/4/08 (f)

$341(a) Meeting Date: 10/21/08

Claims Bar Date: 1/22/09

| Ref # | 1 Asset Description (Scheduled and Unscheduled (u) Property) | 2 Petition/ Unscheduled Values | 3 Estimated Net Value (Value Determined by Trustee Less Liens, Exemptions, and Other Costs) | 4 Property Abandoned OA=§ 554(a) abandon DA=§ 554(c) abandon | 5 Sale/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Debtor's residence 225 Deerpath-Schaumburg | 180,000.00 | 0.00 | DA | | FA |
| 2 | 4690 St. Croix Ln. #435 Naples, FL | 200,000.00 | 0.00 | DA | | FA |
| 3 | 7915 Preserve Circle-215 Naples, FL | 200,000.00 | 0.00 | DA | | FA |
| 4 | 1180 Reserve Way – 206 Naples, FL | 200,000.00 | 0.00 | DA | | FA |
| 5 | 1200 Reserve Way – 304 Naples, FL | 200,000.00 | 0.00 | DA | | FA |
| 6 | checking account | 24,003.97 | 24,003.97 | | 24,003.97 | FA |
| 7 | savings account | 500.00 | 0.00 | DA | | FA |
| 8 | household furnishings | 2,500.00 | 0.00 | DA | | FA |
| 9 | books, pictures | 250.00 | 0.00 | DA | | FA |
| 10 | wearing apparel | 500.00 | 0.00 | DA | | FA |
| 11 | jewelry | 750.00 | 0.00 | DA | | FA |
| 12 | sports equipment | 200.00 | 0.00 | DA | | FA |
| 13 | pension/retirement fund | 80,000.00 | 0.00 | DA | | FA |
| 14 | IRA | 3,292.88 | 0.00 | DA | | FA |
| 15 | interest in Amerivest, Inc. | 100.00 | 0.00 | DA | | FA |
| 16 | 2006 Jeep Wrangler | 15,000.00 | 0.00 | DA | | FA |



| | | | | |
|---|---|---|---|---|
| 17 | 2004 Ford Expedition | 15,000.00 | 0.00 | DA | FA |
| 18 | computers/printers | 750.00 | 0.00 | DA | FA |
| 19 | interest on invested funds | | 5.79 | |

TOTALS (Excluding unknown values)          24,003.97          24,009.76

(Total Dollar Amount in Column 6)

Initial Projected Date of Final Report (TFR): _2/09_

Current Projected Date of Final Report (TFR): _2/2/09_

## EXHIBIT 9 - FORM 2
## CASH RECEIPTS AND DISBURSEMENT RECORDS

Case No.:              08-23423
Case Name:             ANTHONY PULIOS
Taxpayer ID#:          26-661712
For Period Ending: 12/31/09

Trustee's Name:  Allan J. DeMars
Bank Name:       Bank of America
Initial CD #:    CDI
Blanket bond (per case limit):  5,000,000
Separate bond (if applicable):
Money Market #:  375 555 0666

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid to/ Received from | Description of Transaction | Uniform Transaction Code | Deposit $ | Disbursement $ | Money Market Balance |
| 10/28/08 | Ref 6 | from debtor | turnover of funds in checking account | 1129-000 | 24,003.97 | | 24,003.97 |
| 10/31/08 | Ref 19 | Bank of America | interest on invested funds | 1270-000 | 0.26 | | 24,004.23 |
| 11/30/08 | Ref 19 | Bank of America | interest on invested funds | 1270-000 | 1.97 | | 24,006.20 |
| 12/31/08 | Ref 19 | Bank of America | interest on invested funds | 1270-000 | 1.27 | | 24,007.47 |
| BALANCE CARRIED FORWARD | | | | | | | 24,007.47 |
| 1/31/09 | Ref 19 | Bank of America | interest on invested funds | 1270-000 | 0.40 | | 24,007.87 |
| 2/28/09 | Ref 19 | Bank of America | interest on invested funds | 1270-000 | 0.37 | | 24,008.24 |
| 3/31/09 | Ref 19 | Bank of America | interest on invested funds | 1270-000 | 1.52 | | 24,009.76 |
| 4/16/09 | Check 1001 | Allan J. DeMars | trustee's fees | 2100-000 | | 3,150.75 | 20,859.01 |
| 4/16/09 | Check 1002 | Allan J. DeMars | reimbursement of expenses | 2200-000 | | 8.46 | 20,850.55 |
| 4/16/09 | Check 1003 | Allan J. DeMars | attorney's fees | 3110-000 | | 1,126.25 | 19,724.30 |

| 1 Trans. Date | 2 Check or Ref. # | 3 Paid to/ Received from | 4 Description of Transaction | 5 Uniform Transaction Code | 6 Deposit $ | 7 Disbursement $ | 8 Money Market Balance |
|---|---|---|---|---|---|---|---|
| 4/16/09 | Check 1004 | Capital One Bank (USA) NA | 726(a)(2); 13.99682% | 7100-000 | | 2,291.83 | 17,432.47 |
| 4/16/09 | Check 1005 | PYOD LLC successor to Citibank | 726(a)(2); 13.99682% | 7100-900 | | 1,015.40 | 16,417.07 |
| 4/16/09 | Check 1006 | PYOD LLC successor to Citibank | 726(a)(2); 13.99682% | 7100-900 | | 4,738.49 | 11,678.58 |
| 4/16/09 | Check 1007 | PYOD LLC successor to Citibank | 726(a)(2); 13.99682% | 7100-900 | | 789.04 | 10,889.54 |
| 4/16/09 | Check 1008 | Real Time Resolutions, Inc. | 726(a)(2); 13.99682% | 7100-000 | | 9,193.20 | 1,696.34 |
| 4/16/09 | Check 1009 | Discover Bank | 726(a)(2); 13.99682% | 7100-900 | | 1,696.34 | 0.00 |

COLUMN TOTALS

TOTAL - ALL ACCOUNTS
Checking#
Money Market # 375 555 0666
Savings #
CD #CDI
Net

| | NET DEPOSITS | NET DISBURSEMENTS | BALANCES |
|---|---|---|---|
| | | | 0.00 |
| | 24,009.76 | 24,009.76 | 0.00 |
| | 24,009.76 | 24,009.76 | 0.00 |
| | Excludes account transfers | Excludes payments to debtor | Total Funds on Hand |